| | |
|---|---|
| **From:** | Amanda L. Patterson |
| **To:** | SnapNoticeofService@mto.com |
| **Subject:** | Levin v. Meta Platforms, Inc. et al |
| **Date:** | Monday, April 10, 2023 11:22:00 AM |
| **Attachments:** | TS - Short Form Complaint and Civil Cover Sheet (00954866xE6B76).PDF |
| | Snap, Inc. Summons Levin v. Meta Platforms, Inc. et al.pdf |

Good afternoon,

Please see attached service in this matter pursuant to MDL No. 3047 Case Management Order No. 7, Section IV.

Thank you,



Amanda Patterson, Paralegal
**DICELLO LEVITT**
505 20th Street North
15th Floor
Financial Center
Birmingham, Alabama 35203

**205.855.5700**

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

| | |
|---|---|
| **From:** | SnapMDLNotices |
| **To:** | Amanda L. Patterson |
| **Subject:** | Auto-reply: MDL 3047 Snap Acknowledgement of Service of Process |
| **Date:** | Monday, April 10, 2023 11:23:56 AM |

Greetings,

This email constitutes proof that Defendant Snap Inc. has been properly served in the above-referenced matter, pursuant to the order of the court in MDL 3047, ECF 119. By accepting service of process, Snap does not waive any other defenses related to jurisdiction and venue.

Best,

Ariel

**Ariel T. Teshuva | She/Her | Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel: 213.683.9589 | Ariel.Teshuva@mto.com | www.mto.com

*\*\*\*NOTICE\*\*\**

*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized person. If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.*

| | |
|---|---|
| **From:** | Amanda L. Patterson |
| **To:** | TikTokNoticeofService@faegredrinker.com |
| **Cc:** | Eli Hare; Elton Darby |
| **Subject:** | Levin v. Meta Platforms, Inc. et al |
| **Date:** | Monday, April 10, 2023 11:24:00 AM |
| **Attachments:** | TikTok, Inc, Bytedance, Inc.Summons Levin v. Meta Platforms, Inc. et al.pdf |
| | TS - Short Form Complaint and Civil Cover Sheet (00954866xE6B76).PDF |

Good afternoon,

Please see attached service in this matter pursuant to MDL No. 3047 Case Management Order No. 7, Section IV.

Thank you,



Amanda Patterson, Paralegal
**DICELLO LEVITT**
505 20th Street North
15th Floor
Financial Center
Birmingham, Alabama 35203

205.855.5700

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

| | |
|---|---|
| **From:** | Postmaster |
| **To:** | Amanda L. Patterson |
| **Subject:** | Automatic Reply: Levin v. Meta Platforms, Inc. et al |
| **Date:** | Monday, April 10, 2023 11:25:12 AM |

Thank you for your email. This reply confirms receipt of your email by Lead Counsel for TikTok Inc. and ByteDance Inc. Please do not reply to this message further.

| | |
|---|---|
| **From:** | Amanda L. Patterson |
| **To:** | MetaNoticeofService@cov.com |
| **Cc:** | Eli Hare; Elton Darby |
| **Subject:** | Levin v. Meta Platforms, Inc. et al |
| **Date:** | Monday, April 10, 2023 11:20:00 AM |
| **Attachments:** | Meta Platforms, Inc. TS - Short Form Complaint and Summons Levin v. Meta Platforms, Inc. et al.pdf |
| | TS - Short Form Complaint and Civil Cover Sheet (00954866xE6B76).PDF |

Good afternoon,

Please see attached service in this matter pursuant to MDL No. 3047 Case Management Order No. 7, Section IV.

Thank you,



Amanda Patterson, Paralegal

**DICELLO LEVITT**

505 20th Street North
15th Floor
Financial Center
Birmingham, Alabama 35203

205.855.5700

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

**From:** MetaNoticeofService
**To:** Amanda L. Patterson
**Subject:** Automatic Reply
**Date:** Monday, April 10, 2023 11:20:59 AM

This automatic reply confirms receipt of your e-mail to MetaNoticeofService@cov.com